# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Lynch, Sandra L. | U.S. Court of Appeals, 1st Cir | 12/15/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge (active) | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

United States Courthouse
1 Courthouse Way, Suite 8710
Boston, MA 02210

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 10/12/16 | New York University School of Law teaching stipend | $2,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | Posternak, Blankstein, & Lund, LLP (W-2) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New York Univeresity School of Law | 10/12/16 - 10/14/16 | New York City | Teaching | Travel, lodging, and meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 12/15/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 12/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Fidelity Mass Muni MM | A | Dividend | L | T | | | | | |
| 2. Bank of America | A | Interest | K | T | | | | | |
| 3. ROLLOVER IRA (H) | | | | | | | | | |
| 4. - Fidelity Disciplined Equity | C | Dividend | M | T | | | | | |
| 5. - Fidelity Cash Reserves (Y) | | | | | | | | | |
| 6. - Fidelity Government Cash Reserves | A | Interest | J | T | | | | | |
| 7. Fidelity Investments Core Cash | A | Interest | K | T | | | | | |
| 8. TRADITIONAL IRA (H) | | | | | | | | | |
| 9. - Fidelity Low Priced Stock | C | Dividend | L | T | Sold (part) | 02/18/16 | J | C | |
| 10. | | | | | Sold (part) | 03/16/16 | J | C | |
| 11. - Fidelity Capital and Income | A | Dividend | K | T | | | | | |
| 12. - Fidelity Invest Grade | C | Dividend | M | T | Sold (part) | 01/12/16 | J | A | |
| 13. | | | | | Sold (part) | 02/18/16 | J | A | |
| 14. | | | | | Buy (add'l) | 03/16/16 | J | | |
| 15. | | | | | Buy (add'l) | 10/06/16 | J | | |
| 16. | | | | | Buy (add'l) | 11/04/16 | J | | |
| 17. - Fidelity Blue Chip Growth | B | Dividend | K | T | Sold (part) | 02/18/16 | J | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 12/15/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 09/08/16 | J | B | |
| 19. - Fidelity Advisor Strategic Inc CL I | A | Dividend | J | T | Sold (part) | 07/26/16 | J | A | |
| 20. | | | | | Sold (part) | 10/06/16 | J | | |
| 21. - Fidelity Total Bond | D | Dividend | M | T | Sold (part) | 01/12/16 | J | B | |
| 22. | | | | | Sold (part) | 02/18/16 | J | C | |
| 23. | | | | | Buy (add'l) | 03/16/16 | J | | |
| 24. | | | | | Buy (add'l) | 07/26/16 | J | | |
| 25. | | | | | Buy (add'l) | 10/06/16 | J | | |
| 26. | | | | | Buy (add'l) | 12/07/16 | J | | |
| 27. - Fidelity Growth Company | C | Dividend | L | T | Sold (part) | 03/16/16 | J | C | |
| 28. - Fidelity Advisor High Income CL I | A | Dividend | J | T | Sold (part) | 11/04/16 | J | C | |
| 29. - Fidelity Short Term Bond | A | Dividend | K | T | Sold (part) | 02/18/16 | J | A | |
| 30. | | | | | Buy (add'l) | 07/26/16 | J | | |
| 31. | | | | | Sold (part) | 11/04/16 | J | A | |
| 32. - Strategic ADV Int'l II FD (formerly Strategic ADV US Oppty II) | C | Dividend | M | T | Buy (add'l) | 01/12/16 | J | | |
| 33. | | | | | Sold (part) | 02/18/16 | K | D | |
| 34. | | | | | Sold (part) | 03/16/16 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 12/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 05/11/16 | J | B | |
| 36. | | | | | Sold (part) | 09/08/16 | J | B | |
| 37. | | | | | Sold (part) | 12/07/16 | J | B | |
| 38. -Fidelity Equity Income | B | Dividend | K | T | Sold (part) | 12/07/16 | J | | |
| 39. -Fidelity Value | | None | | | Sold | 07/26/16 | K | C | |
| 40. -Fideliy Emerging Markets | A | Dividend | K | T | Buy (add'l) | 01/12/16 | J | | |
| 41. | | | | | Sold (part) | 02/18/16 | K | | |
| 42. -Fidelity Stock Selector All Cap Fd | B | Dividend | M | T | Sold (part) | 02/18/16 | J | B | |
| 43. | | | | | Sold (part) | 03/16/16 | J | | |
| 44. | | | | | Sold (part) | 05/11/16 | J | | |
| 45. | | | | | Sold (part) | 07/26/16 | J | | |
| 46. | | | | | Sold (part) | 12/07/16 | J | | |
| 47. -Fidelity Focused High Income Fund | A | Dividend | K | T | | | | | |
| 48. -FIMM MMKT Port Inst Cl | | None | | | Sold | 02/18/16 | J | | |
| 49. -Fidelity Stock Selector Small Cap | A | Dividend | K | T | Sold (part) | 02/18/16 | J | A | |
| 50. -Fidelity Mega Cap Stock Fd | B | Dividend | L | T | Sold (part) | 07/26/16 | J | B | |
| 51. | | | | | Sold (part) | 12/07/16 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 12/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Fidelity Real Estate Income | B | Dividend | K | T | | | | | |
| 53. -Fidelity Municipal Income | A | Dividend | | | Sold | 03/16/16 | K | B | |
| 54. -Fidelity Floating Rate High Income | A | Dividend | K | T | | | | | |
| 55. -Fid Advisor Stock Selectr Mid Cap CL I | A | Dividend | K | T | Sold (part) | 03/16/16 | J | A | |
| 56. -Fidelity Conservativ Income Bond FD CL I | A | Dividend | K | T | Sold (part) | 11/04/16 | J | | |
| 57. -Fid Large Cap Value Enhanced Index | B | Dividend | L | T | Sold (part) | 07/26/16 | J | A | |
| 58. -Fidelity Contrafund | B | Dividend | K | T | Sold (part) | 05/11/16 | J | | |
| 59. -Fidelity Value Discovery | A | Dividend | K | T | Buy (add'l) | 02/18/16 | J | | |
| 60. -Fidelity SAI U.S. Large CAP Index | A | Dividend | K | T | Buy | 07/26/16 | J | | |
| 61. | | | | | Buy (add'l) | 07/27/16 | J | | |
| 62. | | | | | Buy (add'l) | 09/08/16 | J | | |
| 63. | | | | | Buy (add'l) | 10/06/16 | J | | |
| 64. -Fidelity SAI International Index | A | Dividend | K | T | Buy | 02/18/16 | J | | |
| 65. -Fidelity SAI Emerg Markets Index | A | Dividend | K | T | Buy | 02/18/16 | J | | |
| 66. | | | | | Buy (add'l) | 07/26/16 | J | | |
| 67. | | | | | Buy (add'l) | 11/04/16 | J | | |
| 68. | | | | | Buy (add'l) | 12/07/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L.. | 12/15/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Fidelity SAI U.S. Quality Index Fund | A | Dividend | L | T | Buy | 02/18/16 | K | | |
| 70. | | | | | Buy (add'l) | 02/19/16 | J | | |
| 71. | | | | | Buy (add'l) | 03/16/16 | J | | |
| 72. | | | | | Buy (add'l) | 07/26/16 | J | | |
| 73. -Fidelity Small Cap Value | A | Dividend | K | T | Buy | 12/07/16 | J | | |
| 74. -Fidelity Select Natural Resources | A | Dividend | K | T | Buy | 03/16/16 | J | | |
| 75. | | | | | Buy (add'l) | 05/11/16 | J | | |
| 76. | | | | | Buy (add'l) | 11/04/16 | J | | |
| 77. -Fidelity Inflation Protected Bond | A | Dividend | | | Buy | 03/16/16 | J | | |
| 78. | | | | | Buy (add'l) | 03/17/16 | J | | |
| 79. | | | | | Buy (add'l) | 05/11/16 | J | | |
| 80. | | | | | Sold | 12/07/16 | J | A | |
| 81. -Fidelity Inflat-port BD Index Instl Perm | A | Dividend | J | T | Buy | 12/07/16 | J | | |
| 82. | | | | | Buy (add'l) | 12/08/16 | J | | |
| 83. -FIMM Government Portfolio: Instl CL | A | Dividend | J | T | Buy | 02/18/16 | J | | |
| 84. | | | | | Sold (part) | 02/23/16 | J | | |
| 85. | | | | | Sold (part) | 05/24/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 12/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 07/26/16 | J | | |
| 87. | | | | | Sold (part) | 08/16/16 | J | | |
| 88. | | | | | Sold (part) | 12/28/16 | J | | |
| 89. Esplanade Capital Ptnrs I LLC (See note section VIII) | | None | N | U | | | | | |
| 90. PAS BROKERAGE ACCOUNT(H) | | | | | | | | | |
| 91. - Fidelity Municipal Income | A | Dividend | K | T | | | | | |
| 92. - Fidelity Limited Term Muni Income | A | Dividend | J | T | | | | | |
| 93. - Fidelity Municpal Money Market (Y) | | | | | | | | | |
| 94. -Deutsch Strategic High Yld Tax S | A | Dividend | K | T | | | | | |
| 95. -Deutsche Managed Muni Bond FD S | A | Dividend | J | T | | | | | |
| 96. -Fidelity Advisor Int'l Discovery CL I | A | Dividend | J | T | Sold (part) | 03/14/16 | J | | |
| 97. -Fidelity Real Estate Investment | A | Dividend | J | T | Sold (part) | 12/20/16 | J | A | |
| 98. -Fidelity Capital & Income | A | Dividend | J | T | | | | | |
| 99. -Champlain Small Co. Fund Adv CL Conf | A | Dividend | J | T | | | | | |
| 100. -Allianz NFJ Small Cap Val Admin Class | A | Dividend | J | T | | | | | |
| 101. -Artisan Intl Value Fund Inv CL | A | Dividend | J | T | Buy (add'l) | 01/17/16 | J | | |
| 102. -Baron Growth | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 12/15/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "X" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  -William Blair Int'l Growth Class N | A | Dividend | J | T | Buy (add'l) | 03/14/16 | J | | |
| 104. | | | | | Sold (part) | 05/17/16 | J | | |
| 105. | | | | | Sold (part) | 09/30/16 | J | A | |
| 106. | | | | | Buy (add'l) | 12/20/16 | J | | |
| 107.  -JPMorgan Mid-Cap Value Fn Select CL | A | Dividend | J | T | | | | | |
| 108.  -Hartford Growth Opportunity Class A | B | Dividend | J | T | | | | | |
| 109.  -Hotchkins & Wiley Mid Cap Value CL A | A | Dividend | J | T | | | | | |
| 110.  -Mainstay Lg Cap Grwth Fund Class A | A | Dividend | J | T | | | | | |
| 111.  -T Rowe Price Equity Income Advisor CL | A | Dividend | J | T | | | | | |
| 112.  -Templeton Global Bond Class A | A | Dividend | J | T | Sold (part) | 01/07/16 | J | | |
| 113. | | | | | Sold (part) | 03/14/16 | J | A | |
| 114. | | | | | Buy (add'l) | 05/17/16 | J | | |
| 115. | | | | | Buy (add'l) | 12/20/16 | J | | |
| 116.  -Fidelity Mass Muni Income | B | Dividend | K | T | Sold (part) | 01/07/16 | J | A | |
| 117. | | | | | Buy (add'l) | 05/17/16 | J | | |
| 118. | | | | | Buy (add'l) | 07/22/16 | J | | |
| 119. | | | | | Buy (add'l) | 09/30/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 12/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 12/20/16 | J | | |
| 121. -Allianceber Muni Inc II Mass Cl A (Also called AB Muni Income) | A | Dividend | J | T | | | | | |
| 122. -JPMorgan US Equity FD Sel Cl | A | Dividend | J | T | Sold (part) | 07/22/16 | J | A | |
| 123. -MFS Int'l Diversification Fd A | A | Dividend | J | T | | | | | |
| 124. -Causeway Int'l Value Investor | A | Dividend | J | T | | | | | |
| 125. -MFS Int'l Val Fd Cl A | A | Dividend | J | T | | | | | |
| 126. -MFS Muni Mass Cl A | A | Dividend | J | T | Buy (add'l) | 12/20/16 | J | | |
| 127. -MFS Research Int'l Cl A | A | Dividend | J | T | Sold (part) | 09/30/16 | J | A | |
| 128. -Primecap Odyssey Growth | A | Dividend | J | T | | | | | |
| 129. -T. Rowe Price Tax Free Inc Adv | A | Dividend | J | T | Sold (part) | 03/14/16 | J | A | |
| 130. -T. Rowe Price Tax Free Short Inter | A | Dividend | J | T | Sold (part) | 10/26/16 | J | A | |
| 131. -SPDR S&P 500 ETF | A | Dividend | K | T | | | | | |
| 132. -IShares Russell 1000 Value ETF (name change) | A | Dividend | K | T | Sold (part) | 05/19/16 | J | A | |
| 133. | | | | | Sold (part) | 12/22/16 | J | A | |
| 134. -IShares Russell 1000 Growth ETF (name change) | A | Dividend | K | T | Buy (add'l) | 03/16/16 | J | | |
| 135. | | | | | Sold (part) | 05/19/16 | J | A | |
| 136. -Franklin Internatl Sm Cap Grwth Advisor | | None | | | Sold (part) | 03/14/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 12/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold | 10/26/16 | J | | |
| 138.  -Sector Spdr Tr Shs Ben Int Financial | B | Dividend | J | T | Sold (part) | 05/19/16 | J | A | |
| 139. | | | | | Sold (part) | 07/26/16 | J | A | |
| 140.  -SPDR Ser Tr Barclays Conv Secs ETF | A | Dividend | | | Sold | 03/16/16 | J | | |
| 141.  -T Rowe Intl Stock Advisor | A | Dividend | | | Buy (add'l) | 01/07/16 | J | | |
| 142. | | | | | Buy (add'l) | 03/14/16 | J | | |
| 143. | | | | | Closed | 10/18/16 | J | | |
| 144.  -Transamerica Intl Equity CL I | A | Dividend | J | T | Sold (part) | 01/07/16 | J | A | |
| 145. | | | | | Buy (add'l) | 03/14/16 | J | | |
| 146. | | | | | Sold (part) | 07/22/16 | J | | |
| 147.  -Ishares Core S&P Small-cap ETF | A | Dividend | J | T | Sold (part) | 07/26/16 | J | A | |
| 148.  -Fidelity Emerging Markets | A | Dividend | J | T | Buy (add'l) | 01/07/16 | J | | |
| 149.  -Acadian emerging Markets Port Instl | A | Dividend | J | T | Buy (add'l) | 05/17/16 | J | | |
| 150.  -Invesco Convertible Securities FD CL Y | | None | | | Sold | 03/14/16 | J | | |
| 151.  -Janus Enterprise Fund Class | A | Dividend | J | T | Buy (add'l) | 01/07/16 | J | | |
| 152. | | | | | Buy (add'l) | 03/14/16 | J | | |
| 153. | | | | | Sold (part) | 09/30/16 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 12/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -T Rowe Price Emerging Mkts Stock | A | Dividend | | | Buy (add'l) | 05/17/16 | J | | |
| 155. | | | | | Closed | 10/27/16 | J | | |
| 156. -Templeton Frontier Mrtks FD ADV CL | A | Dividend | | | Sold (part) | 01/19/16 | J | | |
| 157. | | | | | Sold (part) | 01/25/16 | J | | |
| 158. | | | | | Sold | 01/27/16 | J | | |
| 159. -Transmerica Interntl Small Cap Value I | A | Dividend | | | Sold | 05/17/16 | J | A | |
| 160. -Eaton Vance Income Fund Of Boston CL 1 | A | Dividend | | | Closed | 10/18/16 | J | | |
| 161. -Oppenheimer Interntl Bond | A | Dividend | | | Buy (add'l) | 01/07/16 | J | | |
| 162. | | | | | Sold | 12/20/16 | J | A | |
| 163. -Ishares Russell Midcap Growth | | None | | | Sold | 03/16/16 | J | | |
| 164. -Ishares Russell 1000 ETF | A | Dividend | J | T | Sold (part) | 10/04/16 | J | A | |
| 165. -Ishares S&P Small Cap Growth ETF Cross Trade | A | Dividend | J | T | | | | | |
| 166. -Vanguard Index Fds Vanguard Value | A | Dividend | J | T | Sold (part) | 10/04/16 | J | A | |
| 167. | | | | | Sold (part) | 12/22/16 | J | A | |
| 168. -Causeway Emerging MRKTS FD Inv CL | A | Dividend | J | T | Buy | 05/17/16 | J | | |
| 169. -Franklin Convertible Securities Advisor | A | Dividend | J | T | Buy | 01/07/16 | J | | |
| 170. | | | | | Buy (add'l) | 03/14/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 12/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 12/20/16 | J | | |
| 172. -T Rowe Price Overseas Stock 1 CL | A | Dividend | J | T | Spinoff (from line 194) | 10/27/16 | J | | |
| 173. -T Rowe Price Emerg Markets Stock Fund I | A | Dividend | J | T | Spinoff (from line 154) | 10/27/16 | J | | |
| 174. -T Rowe Price International STK I | A | Dividend | J | T | Spinoff (from line 141) | 10/18/16 | J | | |
| 175. | | | | | Buy (add'l) | 10/26/16 | J | | |
| 176. | | | | | Sold (part) | 12/20/16 | J | | |
| 177. -Wasatch Frontier Emerging Small Co's | | None | J | T | Buy | 03/14/16 | J | | |
| 178. | | | | | Buy (add'l) | 05/17/16 | J | | |
| 179. | | | | | Buy (add'l) | 12/20/16 | J | | |
| 180. -Blackrock High Yld BD Port CL K | A | Dividend | J | T | Buy | 03/14/16 | J | | |
| 181. -Ishares S&P Small CAP 600 Value | A | Dividend | J | T | Buy | 01/11/16 | J | | |
| 182. -Mainstay Tax Free Bond Class A | A | Dividend | J | T | Buy | 12/20/16 | J | | |
| 183. -Wells Fargo Ultra SHT Muni Inc ADM | A | Dividend | J | T | Spinoff (from line 192) | 10/27/16 | J | | |
| 184. | | | | | Buy (add'l) | 12/20/16 | J | | |
| 185. -Fidelity Government Cash Reserves (X) | A | Interest | J | T | | | | | |
| 186. -Flexshares Trust Morningstar Global Upstream Nat Res IDX | A | Dividend | J | T | Buy | 10/28/16 | J | | |
| 187. -Ishares TR EAFE Smal CP ETF | A | Dividend | J | T | Buy | 10/28/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 12/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy (add'l) | 12/22/16 | J | | |
| 189. -Ishares Inc Core MSCI Emerging Mkts | A | Dividend | J | T | Buy | 05/19/16 | J | | |
| 190. -Select Sector SPDR TR RL EST SEL SEC | | None | | | Spinoff (from line 138) | 09/22/16 | J | | |
| 191. | | | | | Sold | 10/21/16 | J | | |
| 192. -Wells Fargo Ultra SH Term Muni Inc Ins | | None | | | Buy | 09/30/16 | J | | |
| 193. | | | | | Closed | 10/27/16 | J | | |
| 194. -T Rowe Price Overseas Stock Fund | A | Dividend | | | Buy | 03/14/16 | J | | |
| 195. | | | | | Closed | 10/27/16 | J | | |
| 196. -Eaton Vance Income Fund Of Boston CL A | A | Dividend | J | T | Spinoff (from line 160) | 10/18/16 | J | | |
| 197. IRA ROLLOVER ACCT NO 2(H) | | | | | | | | | |
| 198. - Fidelity Cash Reserves | | None | | | Closed | 01/01/16 | J | | |
| 199. -Fidelity Government Cash Reserves (X) | A | Interest | J | T | | | | | |
| 200. IRA- 3(H) | A | Interest | J | T | | | | | |
| 201. -Schwab US Treas Money Fund | A | Interest | J | T | | | | | |
| 202. SI INVEST ACCOUNT (IRA) (H) | | | | | | | | | |
| 203. -Schwab US Treas Money Fund | A | Interest | O | T | | | | | |
| 204. -American Express | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. -Apple Inc Com | C | Dividend | M | T | | | | | |
| 206. -Avago Technologies Ltd Shs | | | | | Merged (with line 237) | 02/01/16 | L | | |
| 207. -Capital One Finl Corp Com | B | Dividend | L | T | | | | | |
| 208. -Caterpillar Inc Del | C | Dividend | L | T | | | | | |
| 209. -Chevron Corp New Com | B | Dividend | | | Sold | 09/09/16 | L | | |
| 210. -Cognizant Tech Solutns Cl A | | None | L | T | | | | | |
| 211. -Emerson Electric | B | Dividend | K | T | | | | | |
| 212. -Exxon Mobil Corp | C | Dividend | L | T | | | | | |
| 213. -Goldman Sachs Group Com | B | Dividend | M | T | | | | | |
| 214. -Iberiabank Corp Com | A | Dividend | L | T | | | | | |
| 215. -Invesco Ltd Shs | B | Dividend | L | T | | | | | |
| 216. -J P Morgan Chase & Co | C | Dividend | M | T | | | | | |
| 217. -Mondelez Intl Inc Cl A | A | Dividend | L | T | | | | | |
| 218. -Oracle Corp | B | Dividend | L | T | | | | | |
| 219. -Qualcomm Inc Com | B | Dividend | L | T | | | | | |
| 220. -Roche Hldg Ltd Sponsored Adr | B | Dividend | L | T | | | | | |
| 221. -Salesforce Com Inc Com | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 12/15/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. -Schlumberger | | None | L | T | | | | | |
| 223. -Siemens A G Sponsored Adr | B | Dividend | L | T | | | | | |
| 224. -Target Corp | | None | | | Sold | 01/01/16 | L | A | |
| 225. -Thermo Fisher Scientific Inc | A | Dividend | L | T | | | | | |
| 226. -Verizon Communications Com | C | Dividend | M | T | | | | | |
| 227. -Alphabet Inc. CL A | | None | L | T | | | | | |
| 228. -Alphabet Inc. CL C | | None | M | T | | | | | |
| 229. -Coca-Cola Company | B | Dividend | L | T | | | | | |
| 230. -Diageo PL C Spon ADR new | B | Dividend | K | T | | | | | |
| 231. -Flowers Foods Inc | A | Dividend | | | Sold | 05/04/16 | K | B | |
| 232. -Gilead Sciences Inc Com | B | Dividend | L | T | | | | | |
| 233. -Johnson & Johnson Com | B | Dividend | L | T | | | | | |
| 234. -Lululemon Athletica In Com | | None | | | Sold | 04/12/16 | L | E | |
| 235. -Pfizer Inc | B | Dividend | K | T | Buy | 03/03/16 | K | | |
| 236. -Occidental Pete Corp | | None | K | T | Buy | 09/08/16 | L | | |
| 237. -Broadcom Ltd Shs | B | Dividend | L | T | | | | | |
| 238. First Republic Bank (name correction) | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 12/15/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Adams Moutain LLC see note Part VIII | | None | L | W | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 12/15/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII - Investment Limited partnership income whether passive or nonpassive is disclosed as "dividend" income.

Part VII - All investments are publicly traded common stocks or mutual funds unless otherwise noted.

Part VII - Esplanade Capital ptnrs I LLC is a non-publically trade LLC. The net income from the investment is reported as dividend.

Part VII - Line 5 portfolio no longer use "Fidelity Cash Reserves" as cash reserve, portfolio use Line 6 "Fidelity Government Cash Reserves" as cash reserve in 2016

Part VII - Line 185 is a cash reserve account

Part VII - Line 198 portfolio no longer use "Fidelity Cash Reserves" as cash reserve, portfolio use Line 199 "Fidelity Government Cash Reserves" as cash reserve in 2016

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Sandra L. Lynch**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544